# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRENDER COMMERCIAL LAND HOLDING LLC, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01125-BLF<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT**<br><br>[Re: ECF 12] |

The Motion to Dismiss filed by Defendants Brender Commercial Land Holding LLC and Brender Lodging LLC, which is set for hearing on September 2, 2021, is hereby TERMINATED AS MOOT in light of the filing of the first amended complaint. *See* Fed. R. Civ. P. 15(a)(1)(B). Defendants may file a new motion to dismiss and retain their September 2, 2021 hearing date as long as the motion is filed by May 3, 2021.

**IT IS SO ORDERED.**

Dated: April 13, 2021

_____
BETH LABSON FREEMAN
United States District Judge