UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN WHITAKER,<br><br>            Plaintiff,<br><br>     v.<br><br>BRENDER COMMERCIAL LAND HOLDING LLC, et al.,<br><br>            Defendants. | Case No.  21-cv-01125-BLF<br><br>**ORDER TO SHOW CAUSE** |

The Court indicated in its order granting Defendants' previous motion to dismiss that it "would probably not exercise supplemental jurisdiction over the Unruh Act claim, as it has declined to do before," if the ADA claim was found not viable. *See* ECF No. 21 at 9. Plaintiff's Second Amended Complaint drops the ADA claim and asserts only a state law claim for violation of the Unruh Civil Rights Act. *See* ECF No. 23.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before October 29, 2021**, why this case should not be dismissed without prejudice for lack of subject matter jurisdiction. Failure to timely respond to the order to show cause will result in such dismissal without further notice.

**IT IS SO ORDERED.**

Dated: October 18, 2021

_____
BETH LABSON FREEMAN
United States District Judge